UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIMEE M. STONEBRIDGE, et al.,

Plaintiffs,

v.

NEWREZ, LLC,

Defendant.

Case No. 26-cv-00910-RS

**TEMPORARY RESTRAINING ORDER**

Good cause appearing, defendant, its employees, agents and/or any other person or entity acting with them or on their behalf are restrained and enjoined from proceeding with the foreclosure sale of the property located at 295 Glasgow Cir, Danville, CA 94526, pending further order of court. Plaintiffs are directed to serve a copy of this order on defendant forthwith and to file proof of service promptly thereafter. No later than February 9, 2026, defendant may file an opposition to the issuance of a preliminary injunction that would preclude sale of the property during the pendency of the litigation. Plaintiff may file a reply no later than February 11, 2026. The matter will then be submitted without oral argument unless otherwise ordered, and an order will issue in due course either lifting the restraint on the sale, or continuing it as a preliminary injunction. The parties are free to stipulate to a longer briefing schedule, or to injunctive relief that obviates the need for a court determination.

**IT IS SO ORDERED**.

Dated: January 29, 2026

_____

RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California